## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| M. DIANE KOKEN, et al., | Civil Action No. 06-4154 (SDW) |
| Plaintiff, | |
| v. | **ORDER** |
| LOVING CARE AGENCY, et al., | November 7, 2008 |
| Defendant. | |

### ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline C. Arleo ("Magistrate Judge Arleo"), filed on August 14, 2008. In the R&R, Magistrate Judge Arleo incorporates the reasons set forth in the record and recommends that the Defendant's motion for summary judgment be granted.

The Court has reviewed the R&R, as well as the other documents on file in this matter. Based on the foregoing, and for good cause shown,

It is hereby **ORDERED** that the R&R of Magistrate Judge Arleo, filed August 14, 2008, incorporating the reasons set forth on the record, is **ADOPTED** as the conclusions of law of this Court.

The Plaintiff's motion for summary judgment is hereby **GRANTED**.

**SO ORDERED.**

s/Susan D. Wigenton, U.S.D.J.

cc: Magistrate Judge Madeline C. Arleo